KRISTINA S. AZLIN (SBN 235238)
kristina.azlin@hklaw.com
ALEX HADDUCK (SBN 312962)
alex.hadduck@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450

ANTHONY J. FUGA, *pro hac vice* forthcoming
anthony.fuga@hklaw.com
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606

*Attorneys for Audio-Technica Corporation and Audio-Technica U.S., Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDIO-TECHNICA CORPORATION, AUDIO-TECHNICA U.S., INC. | Case No.: |
| Plaintiffs, | **COMPLAINT FOR:** |
| vs. | **(1) FEDERAL TRADEMARK AND TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION [15 U.S.C. § 1125(a)];** |
| MUSIC TRIBE COMMERCIAL NV INC., MUSIC TRIBE GLOBAL BRANDS LTD., | **(2) COMMON LAW UNFAIR COMPETITION;** |
| Defendants. | **(3) UNFAIR COMPETITION [CAL. BUS. & PROF. CODE §17200 ET SEQ].** |
| | **DEMAND FOR JURY TRIAL** |

#86009412_v9

**INTRODUCTORY STATEMENT**

1.      Plaintiffs Audio-Technica Corp. and Audio-Technica U.S., Inc. (collectively "Audio-Technica" or "Plaintiffs") bring this lawsuit against Music Tribe Commercial NV, Inc. and Music Tribe Global Brands Ltd. (collectively "Music Tribe") for the production and sale of Music Tribe's knockoff Behringer BX2020 product ("BX2020").

2.      Audio-Technica introduced its AT2020 condenser microphone ("AT2020") in 2004, and it has gained notoriety for its quality and consistency, all offered at an affordable price. Audio-Technica continues to sell the AT2020.

3.      The AT2020 has a stylized design and, over the past nearly two decades, the consuming public has come to know the AT2020's design and understand that it is from Audio-Technica.

4.      The same is true for the AT2020 name and its packaging. Like many other Audio-Technica products, the AT2020 has the naming convention of "AT" followed by a number. The "2020" has nothing to do with the functionality of the AT2020; it is simply Audio-Technica's unique naming convention.

5.      Music Tribe has attempted to clone the AT2020 by creating the BX2020, which is a knockoff condenser microphone.

6.      The BX2020 copies both the look and feel of the AT2020.

7.      The BX2020 copies the name of AT2020.

8.      The BX2020 packaging copies the look and feel of the AT2020 packaging.

9.      There is no reason for the BX2020 to include "2020" other than to trade off of the notoriety, goodwill, and distinction of the AT2020.

10.     In short, the BX2020 is a complete knockoff of the AT2020.

11.     Multiple third parties, as discussed more fully below, have identified that Music Tribe's BX2020 copies the AT2020.

12.     In fact, Music Tribe has not shied away from copying the AT2020 and

has even shared on social media at least one product review that calls the BX2020 "essentially a clone of the AT2020."

13.     Audio-Technica files this lawsuit in order to force Music Tribe to stop trading off the goodwill and reputation associated with the AT2020.

## PARTIES

14.     Audio-Technica Corp. is a Japanese corporation with its principal place of business in Tokyo, Japan.

15.     Audio-Technica U.S., Inc. is a Delaware corporation with its principal place of business in Stow, Ohio.

16.     Audio-Technica is informed and believes, and thereon alleges, that defendant Music Tribe Commercial NV, Inc. is a Nevada corporation with its principal place of business in Las Vegas, Nevada.

17.     Audio-Technica is informed and believes, and thereon alleges, that defendant Music Tribe Global Brands Ltd. is organized under the laws of the British Virgin Islands with its principal place of business in Tortola, British Virgin Islands.

18.     Audio-Technica is informed and believes, and thereon alleges, that Music Tribe has submitted to transact intrastate business in California.

## JURISDICTION AND VENUE

19.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because the action arises under the federal Lanham Act. *See* 15 U.S.C. §§ 1051, *et seq.*  This Court also has supplemental jurisdiction pursuant to 28 U.S.C. §§ 1367 and 1338(b).

20.     This Court also has jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Audio-Technica Corp., Audio-Technica U.S., Inc., and Music Tribe Commercial NV, Inc., and Music Tribe Global Brands Ltd., and the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs.

21.     Venue in this district is proper under 28 U.S.C. § 1391 because Music

Tribe is subject to personal jurisdiction here, a substantial portion of the events complained of herein took place here, and Audio-Technica has suffered injury here.

22.    Music Tribe has a continuous, systematic, and substantial presence within this district and within California, because it regularly markets and sells its products in California, including the goods at issue, to customers in California and in this district.

23.    Merely as an example, Music Tribe provides multiple locations in the Los Angeles area to purchase its products. See below from the Music Tribe website.



24.    Music Tribe also sells and ships its products, including the BX2020, to California residents in this district through other third-party distributors, such as

Amazon and Sweetwater.  In November 2021 a BX2020 was successfully ordered online, and the BX2020 arrived in Los Angeles, California on November 15, 2021.

25. Music Tribe has already offered the BX2020 for sale in California through Sweetwater, where consumers have been able to purchase the BX2020 for delivery to California. *See* Exhibit 1, attached hereto, which is a true and correct copy of a Sweetwater webpage confirming shipment of the BX2020 to California and requesting payment information to finalize the purchase.

26. On information and belief, Music Tribe has entered into contracts and/or agreements with California retailers and related businesses for the purposes of marketing, shipping, selling, and providing customer support for the BX2020 in California and this district.

## GENERAL ALLEGATIONS

### A. Audio-Technica and its introduction of the AT2020

27. Audio-Technica was established in 1962 in Tokyo, Japan, and its first products were the AT-1 and the AT-3 MM stereo phono cartridges. Business expanded quickly for Audio-Technica, and it established its United States affiliate in the early 1970s.

28. In the 1990s, Audio-Technica introduced several microphones for studio use, including the AT4033, the AT4050, the AT4060, and the AT895.

29. As evidenced here, Audio-Technica often names its products with the prefix "AT" and an internally relevant number following the prefix.

30. In this same vein, Audio-Technica introduced the AT2020, which is a medium-diaphragm cardioid condenser microphone. Audio-Technica introduced the AT2020 in 2004 and has been marketing and selling the product since that date.

31. Audio-Technica is well-known for its microphones and related products.

32. Since the 1990s, Audio-Technica has supplied microphones and related products for television shows such as *Big Brother*, *Deal or No Deal*, along with the Rock and Roll Hall of Fame inductions.

33.    Audio-Technica has also provided its microphones and related products for global sporting events, including the summer games at Atlanta 1996, Sydney 2000, Athens 2004, Beijing 2008, London 2012, Rio de Janeiro 2016, and Tokyo 2020; and the winter games at Salt Lake City 2002, Torino 2006, Vancouver 2010, Sochi 2014, and Pyeongchang 2018.

34.    Audio-Technica has further provided its microphones and other related products for the Grammy Awards from 1998-2013 and MotoGP in 2019.

**B.    The AT2020 name and its trade dress are well known to the public**

35.    The AT2020 is one of the most notable microphones that Audio-Technica sells, and it is one of the most famous and popular microphones in this class of products.

36.    The AT2020 Trade Dress is distinctive.

37.    The AT2020 Trade Dress and the name AT2020 are both strong marks and associated immediately with Audio-Technica, as evidenced throughout this complaint.

38.    Because of this strength, great protection is accorded to the intellectual property.

39.    This iconic design is shown below:

  

40.    As shown above, the AT2020 has a stylized design of two vertical bars on either side of the microphone with two circular enclosures near the top and the bottom of the microphone. The AT2020 has a small portion of the mesh above the top circular enclosure. The AT2020 also includes a threaded adapter with rounded hinges and tapered bottom containing the microphone's cord port.

41.    Since its introduction, the AT2020 has become the ideal microphone for all sorts of consumers, including musicians, video streamers, podcasters, and all sorts of content creators. This has only become more true in recent years with more people creating content from their own homes or small studios. The AT2020 is the iconic microphone that brought professional audio into the home studio at an affordable price. The AT2020 generally sells for $99.

42.    The fame and notoriety of the AT2020 is evidenced by more than 10,000 ratings and more than 820 answered questions on Amazon. The Amazon rating for the AT2020 is 4.7 out of 5. There are more than 1000 product reviews on Google for the AT2020 and, again, the average rating is 4.7 out of 5.

43.    Sales of the AT2020 have risen steadily every year since its inception, and Audio Technica has sold over one million AT2020s since 2004.

44.    The AT2020 Trade Dress is valid and enforceable.

45.    A YouTube channel that reviews audio equipment asks in one of its reviews "Why is [the AT2020] the ICONIC microphone for Home Studios??"[1]

46.    In that review, the reviewer calls the AT2020 "probably the most famous condenser microphone [sic] among home studios and creators in general." He goes on to call the AT2020 the "most popular mic when it comes to home studios" and "I mean, it's the mic you've probably seen over and over in YouTube channels . . . it's everywhere, and it's popularity is totally justified by the sound, honestly."

47.    Musician's HQ, a hub for musicians who write or record music at home, has written that the AT2020 "is one of those mics that has become iconic in its own

[1] This video available here: https://www.youtube.com/watch?v=yVqhDPt3ruI.

right. This mic has become a legend of home studios and streaming and is widely used because of its impressive abilities and toughness."

48.    The AT2020 does not have a common design, but one that is unique to Audio-Technica.

49.    For instance, when The Wire Realm reviewed "The Top 10 Best Condenser Microphones on Earth," it provided the following image of the ten microphones:[2]



## The Top 10 Best Condenser Microphones on Earth

Last Updated: June 7, 2021 By Sean

50.    Notably, not *one* of the condenser microphones reviewed has the same design, or even a similar design, to the AT2020.

51.    There are many different designs available for microphone designers.

52.    In the same vein, below are the "similar items" to the AT2020 that Amazon provides when shopping for condenser microphones.

**Compare with similar items**






**This item** Audio-Technica AT2020 Cardioid Condenser Studio XLR Microphone, Ideal for Project/Home Studio Applications

Audio-Technica AT2035 Cardioid Condenser Microphone, Perfect for Studio, Podcasting & Streaming, XLR Output, Includes Custom Shock

Blue Snowball iCE USB Mic for Recording and Streaming on PC and Mac, Cardioid Condenser Capsule, Adjustable Stand, Plug and Play – Black

TONOR USB Microphone Kit, Streaming Podcast PC Condenser Computer Mic for Gaming, YouTube Video, Recording Music, Voice Over, Studio Mic Bundle

---

[2] This review is available here: https://www.wirerealm.com/guides/top-10-best-condenser-microphones.

53.     The two non-Audio-Technica microphones that Amazon suggests above have very different designs from the AT2020.

54.     There is no functional purpose for the look and feel created by the AT2020, and there are many different available designs for condenser microphones, as evidenced by the microphone designs shown above.

55.     The look and feel of the AT2020 Trade Dress is not essential to the use or purpose of the microphone.

56.     There is also no functional purpose for the look and feel of the box and packaging for the AT2020.

57.     Audio-Technica utilizes a consistent trade dress for its packaging, which includes a minimalistic design with a white backdrop with minimal writing on the box, so the focus of the packaging is the image of the product.  An example of the packaging for the AT2020 is below.



///

///

///

///

///

///

58.     The packaging and boxing associated with the AT2020 is to signal to consumers that it is an Audio-Technica product. For example, below is the box for Audio-Technica's AT2040, which has the same look and feel as the AT2020 box.



59.     The purpose of the AT2020 Trade Dress is purely aesthetic.

60.     There is no functional purpose for the "2020" in the AT2020 name.

61.     Musicians, podcasters, and all sorts of content creators, new and old, recognize and revere the AT2020 as an iconic microphone, recognizing both the name and the AT2020 exterior design.

**C.**     **Audio-Technica has successfully and consistently sold and marketed the AT2020**

62.     Audio-Technica has sold the AT2020 continuously since its introduction in 2004, and the design has stayed consistent.

63.     The name AT2020, which has no relevance to the audio world beyond the AT2020 microphone, has also not changed since its inception.

64.     As discussed above, the AT2020 has become a go-to microphone for musicians, podcasters, and all content creators.

65.     Since 2004, Audio-Technica has continued to market, promote, and sell the AT2020 and has cultivated wide recognition among relevant consumers and the

public at large for, among other things, the distinctive design and ornamental features of the AT2020.

66.     Audio-Technica also utilizes a consistent trade dress for its packaging, which includes a minimalistic design with a white backdrop with minimal writing on the box, so the focus of the packaging is the image of the product.

67.     While the AT2020 has always sold well around the world, sales for the AT2020 have grown exponentially in recent years due to more individuals becoming content creators. Audio-Technica has supported these creators by keeping its AT2020 at an affordable price point.

68.     Through extensive and continuous promotion and sales, unsolicited press, and word of mouth, Audio-Technica owns valuable intellectual property rights related to the AT2020, including, among other things, the common law rights in the trade dress and the overall look and feel of the AT2020, along with the mark AT2020, under which the microphone has been marketed and sold since 2004.

**D.**     **Music Tribe deliberately seeks to trade upon Audio-Technica's reputation and goodwill by selling a knockoff of the AT2020, shockingly named the BX2020**

69.     Music Tribe, formerly known as Music Group, is a company involved in the marketing, manufacturing, and sale of audio and music products.

70.     One of Music Tribe's brands is Behringer, under which Music Tribe markets and sells the BX2020.

71.     On the Behringer website, www.behringer,com, Music Tribe advertises, markets, offers for sale, and profits from the BX2020 product.

72.     The first thing one notices about the BX2020 is its striking similarities to the AT2020 – whether that is the "2020" in the product name or the visual design of the BX2020.

73.     Like the AT2020 shown below, the BX2020 has two vertical bars on either side of the microphone with two circular enclosures near the top and the

bottom of the microphone. The BX2020 has a small portion of the mesh above the top circular enclosure. The BX2020 also includes a threaded adapter with rounded hinges and tapered bottom containing the microphone's cord port.

74.    Below is a comparison between the AT2020 and the BX2020.

| AT2020 | BX2020 |
|---|---|
| | |

75.    The AT2020 has a number of distinctive design elements that, when taken together, create an overall look and feel that consumers associate with Audio-Technica. These features include, but are not limited to, the two vertical bars on either side of the microphone with two circular enclosures near the top and the bottom of the microphone, a small portion of the mesh rising above the top circular enclosure, the threaded adapter with rounded hinges, and tapered bottom containing the microphone's cord port.

76.    The BX2020 incorporates these same distinctive design elements that make up part of the AT2020's trade dress.

77.    The BX2020 is intended to infringe on Audio-Technica's rights in both the AT2020 trade dress and the name.

78.    For instance, there is no reason for the BX2020 to include "2020" but to

trade on the goodwill and reputation that Audio-Technica has developed.

79.    Music Tribe's intent to trade off of Audio-Technica's goodwill and reputation has been identified by many commentators, reporters, and critics in this field.

80.    Some individual consumers have also pointed out to Music Tribe the striking similarities to the AT2020, sometimes calling the BX2020 a clone of the AT2020.

81.    For instance, Music Tribe provided the BX2020 to an audio product reviewer who publishes reviews on his YouTube channel Audio Hotline. In his written description of the BX2020 review, he writes the following:

   a.    "I am sure when some of you see the number '2020' in a microphone's name, you immediately think of the Audio-Technica AT2020 . . .  and who could blame you!?"

   b.    "The AT2020 is a very popular microphone, and yes the BX2020 is essentially a clone of the AT2020."

   c.    "Now, some of you may be a little put off by cloned microphones and I tend to be that way also…"[3]

82.    During the Audio Hotline video review, the reviewer makes the following statements related to the BX2020 being a clone of the AT2020:

   a.    Within thirty seconds of his review: "A lot of people will say it's a clone of the Audio-Technica AT2020, and that's hard to deny. There are a lot of similarities."

   b.    "Looking at the spec sheet, they [BX2020 and AT2020] are very similar."

   c.    "It feels like an AT2020 and AT2020s are built well."

   d.    "And I realized just how similar even the packaging is . . .Literally has the same foam, the same documentation. . . .I wanted to reiterate how much of a clone the BX2020 is to the AT2020."

83.    The Audio Hotline review even provides images highlighting the lengths Music Tribe went to clone the AT2020, including the microphone, the boxing, the

---

[3] The video review can be found here: https://www.youtube.com/watch?v=JRh5KWwgn5Y.

packaging, the documentation, the mounts, and the case that comes with the product.
He calls that portion of the review "Physical and Packaging Similarities."

84.    The similarities in packaging between the AT2020 and the BX2020 are
shown in the representative images below from the Audio Hotline review:







85.    The Audio Hotline review notes that even the case provided with the BX2020 is a clone of the case provided by Audio-Technica, as shown below.



86.    The Audio Hotline review notes that the microphone mounts "look the same, feel the same," as shown below.



-14-
COMPLAINT

87.    Finally, the Audio Hotline review states that the microphones look "very similar," as shown below in the representative image.





88.    The Audio Hotline reviewer ends that portion of his review, stating that he just wanted to "reiterate just how much of a clone the BX2020 is to the AT2020."

89.    Despite that review calling the BX2020 a clone of the AT2020, Music

Tribe has republished that review on its Behringer Facebook page.[4]

90.    Music Tribe does not shy away from the BX2020 being an AT2020 knockoff; Music Tribe relies on it.

91.    It is not a coincidence that the BX2020 and the AT2020 have the same look.

92.    It is not a coincidence that the BX2020 was named with the "2020" in its name.

93.    Upon information and belief, Music Tribe's *business model* includes utilizing competitors' trade dress and trademarks.

94.    Upon information and belief, Music Tribe designed the BX2020 to resemble the AT2020.

95.    Upon information and belief, Music Tribe named the BX2020 to be similar to the AT2020.

96.    Some commenters have already commented on the Facebook post calling it a "clone" and noting that "the original is 99 ☺," referencing the cost of the AT2020.

97.    Audio Hotline and the commenters referenced above are not nearly the only commenters to call out the BX2020 as a knockoff AT2020.

98.    Gear News says the following about the BX2020:

   a.    "With the new mic [BX2020], which **looks a bit too much like a very popular competitor from Audio-Technica**, the company aims to conquer a share of the live streaming, gaming and recording markets." (emphasis added)

   b.    "Behringer continues its quest to break into the growing markets for live streaming, podcasting and gaming **by developing inexpensive knock-offs of some of the most popular microphones out there** . . . the company has now turned to another popular choice for these applications: the Audio-Technica AT2020." (emphasis added)

---

[4] The republished review can be seen here:
https://www.facebook.com/Behringer/posts/10159512901233914

c.    "The newly announced BX2020 looks almost exactly the same as the side-address condenser mic from AT [the AT2020]."[5]

99.    SameSound, another online audio magazine, reviewed the BX2020 and noted the following:

a.    "Behringer BX2020: a budget clone of the Audio-Technica AT2020 for $59."

b.    "The characteristics of the model [BX2020] are the same as those of the original Audio-Technica device."

c.    "Behringer has introduced the new Behringer BX2020 condenser microphone. The novelty is a copy of the popular Audio-Technica AT2020, but it has a lower price."[6]

100.    Similarly, GearSpace, an audio forum, discussed the BX2020 release and commenters noted Behringer's tendency to clone competitor's products:

a.    "Looks suspiciously like an AT2020 – another blatant copy of a competitor's product?"

b.    "Seriously, the AT2020. I mean, seriously Behringer . . . Can you guys use a little originality in your designs? Is that too much to ask or expect? This is getting beyond ridiculous. Someone, please make it stop for God's sake."

c.    "Looks like an Audio Technica knockoff. Even has a similar model number to their 2020."

d.    "I'm just surprised he didn't call it the Behringer AT2020 mic."

e.    "Here we go again."[7]

101.    As noted above, Music Tribe has the reputation of copying competitors' products.

102.    Another publication, Bonedo, asks the question "How much AT2020 is in the Behringer BX2020 replica?" Bonedo's article states that "at least visually, [the BX2020], cannot deny the bonds to the AT2020 from Audio Technica."

---

[5] The post is available here: https://www.gearnews.com/behringer-bx2020-condenser-microphone/.
[6] The post is available here: https://samesound.ru/gear/151436-behringer-bx2020-byudzhetnyj-klon-audio-technica-at2020-za-59.
[7] The forum is available here: https://gearspace.com/board/new-product-alert/1354029-behringer-announces-bx2020-condenser-microphone-2.html.

103.   When Music Tribe published a photo of the BX2020 on its Facebook page, the comments noted the similarities between the two microphones, as shown below.



BX2020

Gold-Sputtered Low-Mass Diaphragm
Studio Condenser Microphone





BX2020

Gold-Sputtered Low-Mass Diaphragm
Studio Condenser Microphone



104.   Another online audio reviewer named Podcastage, who has more than 266,000 subscribers, consistently called the BX2020 the "BS 2020," due to its blatant

copying of the AT2020.

105.   The Podcastage reviewer calls Behringer "absolutely shameless."

106.   The following image is the Podcastage preview of the BX2020 with the word "shameless" behind the BX2020:



107.   When discussing whether he would recommend the BX2020, he stated "on principle alone, no . . . They are trying to trick consumers into buying it . . . When they see the BX2020, they get tricked into buying it . . . Based on that, I cannot recommend it."

108.   The Podcastage review of the BX2020 concludes that it is "so disingenuous for Behringer to name it the BX2020 because it seems as though they are trying to trick customers into buying the BX2020 . . . when they want to buy the AT2020."

109.   The Podcastage review further provided a potential scenario where "a kid goes to their parent and says I want the AT2020 and the parent goes to Amazon and sees the BX2020 . . . they get tricked into buying it. To me that's what it seems they're trying to accomplish."[8]

110.   Many of the above reviews and comments came out prior to the BX2020 even being sold in the United States.

111.   The fact that the BX2020 is an AT2020 knockoff is obvious.

112.   The myriad of similarities between the AT2020 and the BX2020, including the visual appearance of the product, the visual appearance of the box and

---

[8] The Podcastage review is available here: https://www.youtube.com/watch?v=otuPu8zqrDo

packaging, and the name, are likely to cause an ordinary consumer to believe the two brands are the same or affiliated or that Audio-Technica has endorsed or approved the BX2020.

113.  This is especially true because both the AT2020 and the BX2020 are marketed to the same consumers looking for an entry-level condenser microphone. Those consumers may not be as sophisticated as more advanced consumers to understand that the BX2020 is a clone of the AT2020.

114.  Instead, consumers will recognize the trade dress, the design of the microphone, and/or the 2020 in the name, and purchase the BX2020 unaware that it is not the AT2020.

115.  Beyond the similarity of the knockoff BX2020 in both design and name, the two competing products are proximate because customers are likely to associate the two product lines.

116.  The Podcastage review referenced above even contemplates a specific scenario where consumers are confused when intending to purchase the AT2020.

117.  The products are sold to the same class of consumers and utilize identical, or at least incredibly overlapping, channels of trade and marketing channels.

118.  Merely as an example, below is the BX2020 page on Amazon, where AT2020 is considered the first "alternative" item.



**E.    The BX2020's apparent transition to BM1**

119.  Because of the issues raised above, an attorney for Audio-Technica

wrote to Music Tribe and demanded that Music Tribe cease its marketing and sale of the BX2020.

120.    Music Tribe knows the infringement issues raised in this complaint but, despite this and the letter, Music Tribe has not ceased selling the BX2020.

121.    Music Tribe has, however, notified Audio-Technica that it will revise the name of the BX2020 to BM1 but will continue to sell the BX2020 until it has no more inventory.

122.    The BX2020 is still being sold and offered for sale in the United States, including in this district.

123.    Music Tribe has refused to make any other changes to the product – either now or in the future.

124.    Music Tribe has refused to alter the BX2020's trade dress or its packaging and, therefore, the BM1-labeled microphone will infringe the AT2020 Trade Dress in the same way the BX2020 is currently infringing (if or when Music Tribe actually transitions from the BX2020 name to the BM1 name).

125.    On information and belief, Music Tribe designed and named the BX2020 with the *intent* to mimic Audio-Technica's AT2020, including the trade dress and overall look and feel of the AT2020 and its packaging, as evidenced by the facts that the name of the product incorporates "2020" and that the product and its packaging is nearly identical in appearance.

126.    Even if at some point in the future Music Tribe completely transitions to the name BM1, Music Tribe is still infringing on Audio-Technica's protected intellectual property.

### F.    The significant harm caused by Music Tribe's infringement

127.    The harm done to Audio-Technica by Music Tribe's blatant and intentional infringement of Audio-Technica's intellectual property is irreparable.

128.    Music Tribe's infringement described herein will certainly lead to loss of prospective customers for Audio-Technica.

129.   Music Tribe's infringement described herein will also lead to a loss of goodwill, including customers establishing a relationship with Music Tribe, which is a low-cost infringer.

130.   Further unabated infringement by Music Tribe will only lead to further irreparable reputational harm.

131.   Beyond the harm to Audio-Technica, there is harm to the public.

132.   Trademarks and trade dress protect the public from confusion by accurately indicating the source of a product. Here, consumers will likely continue to be confused between the AT2020 and Music Tribe's infringing microphone.

## FIRST CLAIM FOR RELIEF

### (Trade Dress Infringement, Trademark Infringement, and False Designation of Origin under 15 U.S.C. § 1125(a))

133.   Audio-Technica re-alleges and incorporates herein by reference each and every allegation set forth above.

134.   Through sales, promotional activities, unsolicited press, and word-of-mouth, Audio-Technica has acquired fame and secondary meaning in a distinctive trade dress for the AT2020 that includes the following elements: (a) two vertical bars on either side of the microphone with two circular enclosures near the top and the bottom of the microphone; (b) a small portion of mesh above the top circular enclosure; (c) a threaded adapter with rounded hinges; and (d) tapered bottom containing the microphone's cord port.

135.   Audio-Technica also utilizes a consistent trade dress for its packaging, which includes a minimalistic design with a white backdrop with minimal writing on the box, so the focus of the packaging is the image of the product.

136.   The aforementioned trade dress is referenced herein as the "AT2020 Trade Dress," and consists of the overall look and feel of the AT2020 microphone and its packaging, and not any one element individually.

137.   Through sales, promotional activities, unsolicited press, and word-of-

mouth, Audio-Technica has acquired fame and secondary meaning in its "2020" mark in the condenser microphone arena. This mark will hereafter be referenced as the "2020 Mark."

138.    Consumers and potential consumers have come to associate the AT2020 Trade Dress and 2020 Mark with Audio-Technica.

139.    Music Tribe is advertising, marketing, creating, displaying, offering for sale, selling, distributing, and profiting from products incorporating the AT2020 Trade Dress and 2020 Mark or nearly identical variations thereof.

140.    Music Tribe is infringing Audio-Technica's AT2020 Trade Dress and 2020 Mark, and has created a false designation of origin, by using in commerce, without Audio-Technica's permission, confusingly similar marks and design elements.

141.    Audio-Technica has never consented to Music Tribe's use of the AT2020 Trade Dress and 2020 Mark.

142.    Music Tribe's unauthorized use of marks and design elements confusingly similar to Audio-Technica's AT2020 Trade Dress and 2020 Mark in connection with its goods constitutes a false designation of origin, false or misleading description of fact, and false or misleading representation of fact.

143.    Music Tribe's unauthorized use of the AT2020 Trade Dress and the 2020 Mark is likely to cause consumer confusion as to the source, origin, sponsorship, and association of the BX2020 product, and has caused and is likely to cause confusion, mistake, and/or deception as to the affiliation, connection or association of the BX2020 with Audio-Technica and the origin, sponsorship or approval of the BX2020 by Audio-Technica.

144.    The aforesaid acts constitute trademark infringement, trade dress infringement, false designation of origin, and unfair competition in violation of 15 U.S.C. § 1125(a).

145.    Music Tribe infringed and continues to infringe upon the AT2020 Trade

Dress and 2020 Mark willfully.

146.    As a proximate result of the unfair advantage accruing to Music Tribe from using similar or quasi-similar trade dress and trademarks and deceptively trading on Audio-Technica's goodwill, Music Tribe has made substantial sales and profits in amounts to be established according to proof.

147.    As a proximate result of the unfair advantage accruing to Music Tribe from using a confusingly similar trade dress and trademark and deceptively trading on Audio-Technica's goodwill, Audio-Technica has been damaged and deprived of substantial sales and has been deprived of the value of its AT2020 as a commercial asset, in amounts to be established according to proof.

148.    Unless restrained by the Court, Music Tribe will continue to infringe Audio-Technica's trade dress and trademark.  Pecuniary compensation alone will not afford Audio-Technica adequate relief for the damage to its trademarks, trade dress, and brand. In the absence of injunctive relief, consumers are likely to continue to be mistaken or deceived as to the true source, origin, sponsorship, and affiliation of Music Tribe and their purported goods.

149.    Music Tribe's acts were committed, and continue to be committed, with actual notice of Audio-Technica's exclusive rights and with the intent to cause confusion, to cause mistake, and/or to deceive, and to cause injury to the reputation and goodwill associated with Audio-Technica.  Pursuant to 15 U.S.C. § 1117, Audio-Technica is therefore entitled to recover three times its actual damages or three times Music Tribe's profits, whichever is greater, together with its attorneys' fees.

150.    In addition, pursuant to 15 U.S.C. § 1118, Audio-Technica is entitled to an order requiring destruction of all infringing products and promotional materials in Music Tribe's possession.

## SECOND CLAIM FOR RELIEF

### (Common Law Unfair Competition)

151.    Audio-Technica re-alleges and incorporates herein by reference each and

every allegation set forth above.

152.   The acts of Music Tribe complained of herein constitute trademark infringement, trade dress infringement, and unfair competition in violation of the common law of the State of California.  Music Tribe's acts complained of herein have been committed and are being committed with the deliberate purpose and intent of appropriating and trading on Audio-Technica's goodwill and reputation, and thereby unfairly competing with Audio-Technica in violation of the common law of the State of California.

153.   Music Tribe's actions described herein were taken with substantial certainty that such acts would cause harm to Audio-Technica and in conscious disregard for Audio-Technica's rights.

154.   Music Tribe's conduct described herein was done with malice, ill will, and intent to harm Audio-Technica, such as to constitute oppression, fraud, malice, and despicable conduct under California Civil Code § 3294, and thereby entitling Audio-Technica to exemplary damages in an amount appropriate to punish and set an example of Music Tribe.

155.   Music Tribe has acted willfully and/or in bad faith in using marks and design elements confusingly similar to Audio-Technica's trademark and trade dress in connection with Music Tribe's products.

156.   The foregoing acts have caused Music Tribe irreparable harm, and, unless enjoined, Music Tribe's acts as alleged herein will continue to cause Audio-Technica irreparable harm, loss, and injury.

## THIRD CLAIM FOR RELIEF

### (Unfair Competition, Cal. Bus. & Prof. Code §§ 17200 et seq.)

157.   Audio-Technica re-alleges and incorporates herein by reference each and every allegation set forth above.

158.   By virtue of the acts complained of herein, Music Tribe intentionally causes a likelihood of confusion among consumers and the public and has unfairly

competed in violation of California Business and Professions Code §§ 17200, *et seq*.

159.   Music Tribe's acts complained of herein constitute trademark infringement, trade dress infringement, unfair competition and unlawful, unfair, malicious, or fraudulent business practices, which have injured Audio-Technica.

160.   Music Tribe has acted willfully and/or in bad faith in using marks and design elements confusingly similar to Audio-Technica's trademarks and trade dress in connection with Music Tribe's products and promotion.

161.   Music Tribe's unfair and unlawful business practices in violation of California Business and Professions Code §§ 17200, *et seq.*, have caused substantial injury to Audio-Technica and are continuing to cause substantial injury.  Audio-Technica has no adequate remedy at law for these injuries.  Unless Music Tribe is restrained by this Court from continuing its unfair and unlawful business practices in violation of California Business and Professions Code §§ 17200, *et seq.*, these injuries will continue to accrue.

162.   Pursuant to California Business and Professions Code § 17204, Audio-Technica is entitled to preliminary and permanent injunctive relief against Music Tribe's unfair and unlawful business practices constituting statutory unfair competition in violation of  California Business and Professions Code §§ 17200, *et seq*.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1.    For preliminary and permanent injunctions enjoining and restraining Defendants, their agents, employees, representatives, partners, joint venturers, and/or anyone acting on behalf of, or in concert with Defendants, from:

   a.    designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any product that incorporates or is marketed in conjunction with the AT2020 Trade Dress or utilizes the "2020" naming convention;

b.   representing or implying, directly or indirectly, to retailers, customers, distributors, licensees, or any other customers or potential customers of Defendants' products that Defendants' products originate with, are sponsored, endorsed, or licensed by, or are otherwise associated or affiliated with Plaintiff;

2.   For an order requiring the destruction of all of Defendants' products, marketing, advertising, or promotional materials that include any trade dress that is confusingly similar to Plaintiff's AT2020 Trade Dress;

3.   For an accounting of all profits obtained by Defendants from sales of the infringing product and an order that Defendants hold all such profits in a constructive trust for the benefit of Plaintiff;

4.   For an award to Plaintiff of all profits earned by Defendants from their infringing acts;

5.   For compensatory damages according to proof;

6.   For treble, exemplary, and/or punitive damages;

7.   For pre-judgment interest on all damages awarded by this Court;

8.   For reasonable attorneys' fees and costs of suit incurred herein; and

9.   For such other and further relief as the Court deems just and proper.

Dated: November 17,  2021          HOLLAND & KNIGHT LLP

By:   /s/ Kristina S. Azlin
KRISTINA S. AZLIN (SBN 234238)
ALEX HADDUCK (SBN 312962)
ANTHONY J. FUGA*

Attorneys for Audio-Technica Corporation and Audio-Technica U.S., Inc.

*Pro hac vice forthcoming

# **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: November 17, 2021

HOLLAND & KNIGHT LLP

By: _/s/ Kristina S. Azlin_
KRISTINA S. AZLIN (SBN 234238)
ALEX HADDUCK (SBN 312962)
ANTHONY J. FUGA*

Attorneys for Audio-Technica Corporation and Audio-Technica U.S., Inc.

*_Pro hac vice_ forthcoming

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

#86009412_v9

-28-

COMPLAINT