TUCKER ELLIS LLP
Brian K. Brookey, SBN 149522
brian.brookey@tuckerellis.com
Jacqueline D. Relatores, SBN 341583
jacqueline.relatores@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:      213.430.3409

Attorneys for Defendant
MUSIC TRIBE COMMERCIAL MY SDN. BHD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AUDIO-TECHNICA CORPORATION, AUDIO-TECHNICA U.S., INC. Plaintiffs, v. MUSIC TRIBE COMMERCIAL MY SDN. BHD., Defendant. | Case No. 2:21-cv-09009-ODW-AS<br><br>[The Hon. Otis D. Wright, II]<br><br>**DECLARATION OF ULI BEHRINGER IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:           March 14, 2022<br>Time:          1:30 pm<br>Courtroom: 5D |
|---|---|

1662148.1

I, Uli Behringer, declare:

1. I am the founder and CEO of Defendant Music Tribe Commercial MY SDN. BHD ("Music Tribe"). I make this declaration of my personal knowledge, and if called as a witness could testify completely to each of the following facts.

2. Music Tribe is a global company based in the Philippines, selling quality audio equipment throughout the world. These products are sold under a number of brands, including Behringer, Midas, Klark Teknik, Lab Gruppen, Lake, Tannoy, Turbosound, TC Electronic, TC Helicon, Bugera and Coolaudio.

3. For over 30 years, Music Tribe and its brands have sold microphones. In June 2021, the company launched a new product named the BX2020. As is the case with many electronics products, the microphone was sold in simple and minimalistic packaging, with a white background. Music Tribe uses similar packaging design across its brands and products lines, and the packaging for the BX2020 was consistent with packaging Music Tribe had used since 2017 for other products (without incident). With respect to the BX2020, the package clearly indicated the name of the Music Tribe product contained inside, and also prominently featured the Behringer name. A photo of the original BX2020 packaging is attached as Exhibit 1.

4. On August 31, 2021, Audio-Technica sent me a cease-and-desist letter, accusing two Music Tribe subsidiaries of trademark and trade dress infringement with respect to the BX2020 microphone. A copy of the letter (without exhibits) is attached as Exhibit 2. Without admitting liability and in the interest of resolving the matter quickly, Music Tribe agreed to change the name of its product from BX2020 to BM1. Music Tribe was not willing, however, to change the packaging for the product, which would have resulted in it no longer matching other, similar standard packaging for Music Tribe's offerings.

5. Music Tribe sold only 30 units of the BX2020 in the United States. It is not using that name in the United States, and instead only markets and sells the rebranded BM1 product. It has taken down any online videos or other advertising of which it is aware in

which the BX2020 name was still used in the United States. And it has no intention, regardless of the outcome of this litigation, of using BX2020 in the United States anytime in the future.

6. On November 17, 2021 Audio-Technica filed this action against two Music Tribe subsidiaries. The complaint still alleged infringement based on the use of the BX2020 name that Music Tribe had already agreed to drop.

7. A number of other microphones have a very similar "overall look and feel" to the AT2020, including the use of vertical bars and mesh extending over the top of the microphone. These include the Takstar SM-8B, the 797 Audio CR81, the AEKEO AK-60, the Antelope Edge Solo, the Blackmore BMP-20, and the Heil Sound PR 40. Photos of these products, downloaded from the websites whose URLs are reflecting in the images, are attached collectively as Exhibit 3.

8. The AT2020 and BM1 microphones, although entry-level, are not the type of "impulse purchase" items in which consumers are not concerned about the price or the source of the microphone.

9. Although Music Tribe intended to sell a microphone that would compete with the AT2020, it did not intend to copy any protected elements of the product. Music Tribe was not aware of any alleged intellectual property rights claimed by Audio-Technica with respect to the microphone or its packaging.

10. There are many other competitors with respect to the type of entry-level microphones at issue here, including Shure, Yeti, Rode, Sontronics, IK Multimedia, and Razer, etc. If Music Tribe were prohibited from selling the BM1, consumers could buy products similar to the AT2020 from any of Audio-Technica's numerous other competitors.

11. Far from "ramping up" its use of the BX2020 model name, as Audio-Technica alleges, Music Tribe has completely discontinued use of that name in the United States. The video and website references to which Audio-Technica refers have been removed.

1662148.1

Music Tribe has permanently changed the name to BM1 and is not selling or planning to sell the product in the United States at any time in the future under the old name.

12. Music Tribe has no control over third-party retailers that may still be offering the originally-named products for sale, and is not actively coordinating with them with regard to sales of those products.

13. The parties have co-existed in the marketplace and advertised their competing products for several months, with no actual confusion occurring. Music Tribe has not received any returns from customers of AT2020 products, any inquiries about whether it and Audio-Technica are affiliated, or any complaints about the AT2020 from dissatisfied customers who thought Music Tribe was the source of those products.

14. If an injunction is in place until trial in this action, Music Tribe will lose sales of its new product, and market share to other competitors who may never come back.

15. It is difficult to quantify the extent of these losses, and the reputational damage associated with being enjoined and labeled an infringer. To ensure that any security would be sufficient to protect it, Music Tribe suggests that if despite all of the above Audio-Technica were granted an injunction, Audio-Technica post a bond of no less than $1 million.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on February 10, 2022.



Uli Behringer