# EXHIBIT 1

# BX2020

Gold-Sputtered Low-Mass Diaphragm Studio Condenser Microphone




Learn

