# EXHIBIT 2

# Holland & Knight

150 North Riverside Plaza, Suite 2700 | Chicago, IL 60606 | T 312.263.3600 | F 312.578.6666
Holland & Knight LLP | www.hklaw.com

Anthony J. Fuga
+1 312-715-5771
Anthony.Fuga@hklaw.com

August 31, 2021

*Via Electronic Mail*

Mr. Uli Behringer
Uli.Behringer@music-group.com
Uli.behringer@musictribe.com

Re:   Infringement of Audio-Technica's Trademarks and Trade Dress

Dear Mr. Behringer:

I am writing on behalf of our clients, Audio-Technica U.S. and Audio-Technica Corporation (collectively "Audio Technica").  As you likely know, Audio-Technica is a leader in the audio equipment field, both globally and in the United States.  One of Audio-Technica's most popular products is the AT2020, a high quality entry-level studio condenser microphone that Audio Technica has sold worldwide since 2004.  The non-functional appearance of the AT2020 has not significantly changed since its introduction, and through the AT2020's long history, strong sales, and positive reviews consumers have come to recognize the AT2020's looks, as well as the "2020" word mark.  Consumers associate the AT2020's looks and mark with the high-quality reputation that Audio-Technica has earned in the marketplace.  Audio-Technica therefore has protectable trade dress rights in the overall look of the AT2020, as well as common law trademark rights in its "AT2020" and "2020" microphone brands.

We recently learned that Music Tribe Commercial NV, Inc. and Music Tribe Global Brands Ltd., through its Behringer brand (hereinafter "Music Tribe"), has begun to manufacture and advertise and intends to sell in the United States a microphone branded as the BX2020.  The BX2020 has already been circulated to the press for reviews, and we understand that retailers will have the BX2020 available for purchase in the United States before the end of the year.

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland
San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

EXHIBIT 2, PAGE 6

Mr. Uli Behringer
August 31, 2021
Page 2

    That the BX2020 was designed to exactly replicate the overall looks of the AT2020 should be beyond dispute:



| AT2020 | BX2020 |
|---|---|

    Early press reviews have confirmed that the BX2020 is identical to the AT2020 in all aspects, including packaging, the look of the product, and the specifications of the product.  *See, e.g.*, https://youtu.be/JRh5KWwgn5Y?t=460.  Indeed, in the YouTube review just linked, Audio Hotline states that "I am sure when some of you see the number '2020' in a microphone's name, you immediately think of the Audio-Technica AT2020 . . . and who could blame you?! The AT2020 is a very popular microphone, and yes the BX2020 is essentially a clone of the AT2020."

    A side-by-side comparison makes it clear that Music Tribe willfully and knowingly designed the BX2020 to replicate the looks of the AT2020 in order to confuse consumers about the source of the BX2020 and to trade on the consumer goodwill Audio-Technica has earned through its manufacture and sale of the AT2020.  This conclusion is only driven home by the fact that Music Tribe chose to use the "2020" name in its microphone—the "2020" numerical designator has no known meaning within the audio equipment industry, and the only reason to name a microphone with the "2020" designator would be to trade on the goodwill of the AT2020.

Mr. Uli Behringer
August 31, 2021
Page 3

    Music Tribe's use of the overall look of the AT2020, as well as its use of the "2020" mark in connection with a condenser microphone, constitutes actionable trade dress and trademark infringement, as well as actionable state law claims based on the same. Music Tribe's marketing and eventual sale of the BX2020 will mislead and confuse consumers, and Music Tribe will undoubtedly siphon sales away from the AT2020 due to Music Tribe's unlawful misappropriation and use of Audio-Technica's AT2020 trade dress and trademarks. Not only will Audio-Technica be financially damaged by Music Tribe's unlawful and unfair encroachment on AT2020 sales, but Audio-Technica will be irreparably harmed by the consumer confusion and dilution of consumer goodwill that will be inherent in Music Tribe's manufacture of a microphone that consumers mistakenly associate with Audio-Technica.

    For at least the foregoing reasons, Audio-Technica demands that Music Tribe immediately cease and desist from further advertisement and sale of the BX2020, including any plans to further promote the BX2020 by pre-releasing it for reviews and through advertising the BX2020 on https://www.behringer.com/product.html?modelCode=P0EVY and through the online retailers linked therein.

    Attached please find a draft complaint that Audio-Technica will file in the event that Music Tribe continues to move forward with its plans to market and sell these infringing products in the United States.[1] As you will see, under the Lanham Act and related state law Audio-Technica may be entitled to remedies including injunctive relief, damages (actual and exemplary/punitive), profits, costs, and the reimbursement of its legal fees should it become necessary to enforce Audio-Technica's legal rights. This letter and the enclosed draft complaint are not an exhaustive list of Audio-Technica's potential claims against Music Tribe, and Audio-Technica continues to explore additional causes of action and relief that might be available to it.

    While Audio-Technica is prepared to take the necessary legal action, including seeking preliminary injunctive relief to protect its intellectual property, we trust that this matter can be resolved amicably. Please provide assurance by September 13, 2021 that Music Tribe will immediately discontinue all use of Audio-Technica's trade dress and trademarks.

---

[1] Since drafting the enclosed complaint, there has been at least one more review of the BX2020. This review by Podcastage, a YouTube channel with more than 266,000 subscribers, consistently called the BX2020 the "BS2020" due to its blatant copying of the AT2020. The reviewer calls Behringer "absolutely shameless."

When discussing whether he would recommend the microphone, he states "on principle alone, no . . . They are trying to trick consumers into buying it . . . When they see the BX2020, they get tricked into buying it . . . Based on that, I cannot recommend it."

If Audio-Technica must file the complaint, it will necessarily include this evidence in the complaint to be filed, which not only supports infringement, but also *willful* infringement. It is apparent from even third-party observers that the BX2020 is attempting to confuse consumers. The review is here:
https://www.youtube.com/watch?v=otuPu8zqrDo

Mr. Uli Behringer
August 31, 2021
Page 4

    This matter is of great importance to Audio-Technica, and we look forward to your immediate assistance in resolving this matter.

Sincerely,

HOLLAND & KNIGHT LLP

Anthony J. Fuga

AJF

#150269381_v1