# EXHIBIT 3







Home / Aokeo AK-60 Professional Condenser Microphone, Music Studio Mic Podcasting



# AOKEO AK-60 PROFESSIONAL CONDENSER MICROPHONE, MUSIC STUDIO MIC PODCASTING

$24.99

Out of Stock

- The Standard for Affordable Studio Condensers: The price and performance standard in side-address studio condenser microphone technology, making it ideal for project/home-studio applications.
- Sound Source Isolation: Cardioid polar pattern reduces pickup of sounds from the sides and rear, improving isolation of desired sound source.
- Eliminate Interference: The inner side of the microphone





Products › BMP-20



# BMP-20

• High sensitivity condenser provides vocal intelligibility and crispness

• Cardioid pickup pattern delivers excellent off-axis rejection

• Built-in rubber shock mount reduces handling noise through the whole microphone

• Ideally designed for podcasting, streaming, home studio recording and voiceover use

The Blackmore BMP-20 vocal microphone is designed for streamers, podcasters, and other content creators who need a versatile and easy-to-install microphone setup. Equipped with an XLR balanced output, its cardioid pickup pattern delivers excellent off-axis rejection. Blackmore's stringent consistency, reliability and quality standards bring professional performance to this extremely affordable line of home/project studio microphones.

