1    KRISTINA S. AZLIN (SBN 235238)
     kristina.azlin@hklaw.com
2    ANNIE BANKS (SBN 313215)
     annie.banks@hklaw.com
3    HOLLAND & KNIGHT LLP
     400 South Hope Street, 8th Floor
4    Los Angeles, CA 90071
     Telephone: 213.896.2400
5    Facsimile: 213.896.2450

6    ANTHONY J. FUGA, admitted *pro hac vice*
     anthony.fuga@hklaw.com
7    HOLLAND & KNIGHT LLP
     150 N. Riverside Plaza, Suite 2700
8    Chicago, IL 60606

*Attorneys for Plaintiffs*
*Audio-Technica Corporation and Audio-Technica U.S., Inc.*

BRIAN K. BROOKEY (SBN 149522)
Brian.Brookey@tuckerellis.com
DINA ROUMIANTSEVA (SBN 300576)
dina.routiantseva@tuckerellis.com
STEVEN E. LAURIDSEN (SBN 246364)
steven.lauridsen@tuckerelllis.com
TUCKER ELLIS LLP
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

*Attorneys for Defendant*
*Music Tribe Commercial MY Sdn. Bhd.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUDIO-TECHNICA CORPORATION, AUDIO-TECHNICA U.S., INC. <br><br> Plaintiffs, Counterclaim Defendant <br><br> vs. <br><br> MUSIC TRIBE COMMERCIAL MY SDN. BHD., <br><br> Defendant, Counterclaimant. | Case No.: 2:21-cv-09009-ODW-AS <br> Assigned to Hon. Otis D. Wright, II <br><br> **JOINT NOTICE OF SETTLEMENT** |

JOINT NOTICE OF SETTLEMENT

1  Pursuant to Local Rule 16-15.7, Plaintiffs and Counterclaim Defendants Audio-Technica Corporation and Audio-Technica U.S., Inc. ("Plaintiffs") on the one hand, and Defendant and Counterclaimant Music Tribe Commercial MY SDN. BHD. ("Defendant"), on the other hand, hereby jointly inform the Court that Plaintiffs and Defendant have reached a settlement that will resolve all of the claims and counterclaims in this litigation. Plaintiffs and Defendant are in the process of documenting the settlement and expect to file a stipulation of dismissal within 60 days. Plaintiffs and Defendant jointly request that all pending case deadlines be suspended, pending dismissal.

Dated: January 20, 2023    HOLLAND & KNIGHT LLP

By: ___/s/ Anthony J. Fuga___
KRISTINA S. AZLIN (SBN 234238)
ANNIE BANKS (SBN 313215)
ANTHONY J. FUGA*

Attorneys for Audio-Technica Corporation and Audio-Technica U.S., Inc.

* Admitted pro hac vice

Dated: January 20, 2023    TUCKER ELLIS LLP

By: ___/s/ Brian K. Brookey___
BRIAN K. BROOKEY (SBN 149522)
DINA ROUMIANTSEVA (SBN 300576)
STEVEN E. LAURIDSEN (SBN 246364)

Attorneys for Music Tribe Commercial MY Sdn. Bhd.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: (213) 896-2400
Fax: (213) 896-2450

-1-
JOINT NOTICE OF SETTLEMENT

**FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED January 20, 2023.                         */s/ Anthony J. Fuga*
                                                Anthony J. Fuga (admitted pro hac vice)

- 1 -
CERTIFICATE OF SERVICE